UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL CARUTHERS,

        Petitioner,

v.

SUPERINTENDENT UHLER,

        Respondent.

_____

23-CV-1124 (JLS) (JJM)

**DECISION AND ORDER**

*Pro se* Petitioner commenced this action on October 25, 2023, by filing a petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2254. *See* Dkt. 1. The case has been referred to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 16.

On May 20, 2026, Judge McCarthy issued a Report and Recommendation (R&R) recommending that the Petition be denied. Dkt. 17. Neither party filed objections, and the time to do so has expired. *See id.*

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72

requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts and adopts Judge McCarthy's recommendation.

Accordingly, for the reasons in the R&R, the [1] Petition for a writ of habeas corpus is DENIED. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:        June 16, 2026
              Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2